# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Holli Jakes, as Special Administrator for the Estate of Richard J. Rasmussen, Deceased,<br>v.<br>MacArthur Co. and Safety Grooving and Grinding, LP | Case Number:<br>FILED: AUGUST 19, 2008<br>08CV4716<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE VALDEZ<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Safety Grooving & Grinding, LP

---

| NAME (Type or print) |
|---|
| P. Scott Ritchie |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ P. Scott Ritchie |

| FIRM |
|---|
| Clausen Miller |

| STREET ADDRESS |
|---|
| 10 S. LaSalle Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201897 | 312-855-1010 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |