U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:    08 CV 4716

HOLLI JAKES, as Special Administrator for the Estate of Richard J.
Rasmussen, Deceased,                     Plaintiff,
v.
MACARTHUR CO., and SAFETY GROOVING AND GRINDING, LP,
                                         Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**MACARTHUR CO.**

| | |
|---|---|
| NAME (Type or print)   **John W. Potter** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/John W. Potter | |
| FIRM   **LAW OFFICES OF BRUNO G. PARA** | |
| STREET ADDRESS:   **225 W. Washington Street, Suite 1400** | |
| CITY/STATE/ZIP   **Chicago, IL  60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6216706 | TELEPHONE NUMBER:   **312/827-2334** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")     Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")     Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")     Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")     Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.   RETAINED COUNSEL                             APPOINTED COUNSEL | |

JWP/dmb                                                    Attorney No. 6216706

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLLI JAKES, as Special Administrator for the Estate of RICHARD J. RASMUSSEN, Deceased, | NO. 08 CV 4716 |
| Plaintiff, | Judge Andersen |
| v. | |
| MACARTHUR CO., and SAFETY GROOVING AND GRINDING, LP, | Magistrate Judge Valdez |
| Defendants. | |

## NOTICE OF ELECTRONIC FILING

To:  P. Scott Ritchie, Esq.           Neal S. Gainsberg, Esq.
     CLAUSEN MILLER, P.C.              STAVER & GAINSBERG, P.C.
     10 S. LaSalle Street              120 W. Madison Street, Suite 520
     Chicago, IL 60603                 Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **August 20, 2008**, Defendant MacArthur Co.'s **Appearance** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF filing system, a copy of which is attached hereto.

By: s/ John W. Potter

LAW OFFICES OF BRUNO G. PARA
225 West Washington Street, Suite 1400
Chicago, IL 60606
(312) 827-2300

## CERTIFICATE OF SERVICE

The undersigned an attorney/filing user, under oath, certifies that service of this Notice of Filing and Defendant's **Appearance** was accomplished pursuant to the Court's Electronic Case Filing system and was served on the attorneys of record listed above via electronic filing or via regular mail in compliance with LR 5.5 as to any party who is not a Filing User.

Date: 08/20/08                         /s/ John W. Potter