28-9052-00-3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLI JAKES, AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RICHARD J. RASMUSSEN, DECEASED | ) ) ) ) ) | |
| Plaintiff(s) | ) ) | No. 08 cv 4716 |
| v. | ) ) | Judge: Wayne R. Andersen |
| MACARTHUR CO. AND SAFETY GROOVING AND GRINDING, LP | ) ) ) | |
| Defendant(s) | ) | |

NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on the 4th day of September, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Wayne R. Andersen in the room usually occupied by him as a courtroom in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, and then and there present Defendants' Joint Motion to Transfer Pursuant to 28 U.S.C. § 1404(A), a copy of which is attached hereto and herewith served upon you.

                                        s/ P. Scott Ritchie
                                        P. SCOTT RITCHIE
                                        CLAUSEN MILLER P.C.

P. SCOTT RITCHIE/PAUL W. DAUGHERITY
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010

Attorneys for Defendant, SAFETY GROOVING AND GRINDING, LP

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK       )

### AFFIDAVIT OF SERVICE

The undersigned, after being duly sworn, deposes and says that she served this notice, together with a copy of the documents therein referred, by mailing a copy to the attorney to whom this notice is directed, via electronic filing, on the 22nd day of August, 2008, with proper postage prepaid.

*/s/ Kathy A. Uram*
Kathy A. Uram

Subscribed and sworn to before me

this 22nd day of August, 2008.

*/s/ Kathleen Murray*
Notary Public

"OFFICIAL SEAL"
KATHLEEN A. MURRAY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/02/11

2