UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Holli Jakes
                               Plaintiff,

v.                                                      Case No.: 1:08−cv−04716
                                                        Honorable Wayne R. Andersen

Macarthur Corporation, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

       MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to transfer case [7] is entered and briefed as follows: Responses due by 9/26/200. Replies due by 10/3/2008. Status hearing set for 10/16/2008 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.